IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN SOSA-MEJIA,
    a/k/a Florencio Danery Hernandez-Banegas,
    a/k/a Miguel Antonio Motamoros-Calix,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the sentencing hearing set for Friday, April 19, 2013, should be vacated and reset pending further order of court.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for April 19, 2013, is **VACATED** and is **CONTINUED** pending further order of court;

    2. That on **April 17, 2013**, commencing at 1:30 p.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing; and

    3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 10, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.